FILED
CLERK, U.S. DISTRICT COURT
JAN 22 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CARL STRUNK,<br><br>    Petitioner,<br><br>    v.<br><br>MIKE EVANS, WARDEN,<br><br>    Respondent. | No. CV 06-02327-GAF (VBK)<br><br>JUDGMENT |

Pursuant to the Order Accepting and Adopting the Amended Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition denied and the action is dismissed with prejudice.

DATED: 1/18/08

GARY A. FEESS
UNITED STATES DISTRICT JUDGE